# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAVE HOPPER and BONNIE CONE,**

        **Plaintiffs,**

**-vs-**                                                                                      **Case No. 6:05-cv-1176-Orl-22DAB**

**MITSUKOSHI USA, INC.,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on Plaintiff, Bonnie Cone's, Motion for Summary Judgment (Doc. No. 41) filed on February 22, 2006.

The United States Magistrate Judge has submitted a report recommending that the Motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 21, 2006 (Doc. No. 51) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff, Bonnie Cone's, Motion for Summary Judgment (Doc. No. 41) is **DENIED**.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on May 9, 2006.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record